IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JAMES HARVEY LARSEN,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN K. ALLEN; JAMES SWINK; TONY BAIRD; SPENCER WALSH,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-919-CW-EJF<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). On January 12, 2018, Judge Furse issued a Report and Recommendation, recommending that the court dismiss this action without prejudice for failure to prosecute. Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, and for the reasons stated by Judge Furse, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety. Accordingly, this case is dismissed without prejudice.

1

DATED this 2nd day of February, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge